HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUSAN CUSTER, an individual, | No. 2:20-cv-00757-MJP |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR EXPERT DISCLOSURES** |
| v. | |
| CHANDLER SMITH and "JANE DOE" SMITH, husband and wife and the marital community composed thereof, BNSF RAILWAY COMPANY, a Delaware corporation licensed to do business in the State of Washington, and JOHN DOE BUSINESS ENTITIES I-V; jointly and severally, | |
| Defendants. | |

The Court, having reviewed the parties' Joint Stipulated Motion to Extend the Deadline for Expert Disclosures in this matter, and finding good cause therefore, hereby continues the deadline for Expert Disclosures to March 15, 2021.

IT IS SO ORDERED this 9th day of February, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER EXTENDING DEADLINE FOR
EXPERT DISCLOSURES - 1
[2:20-cv-00757]

**MONTGOMERY SCARP & CHAIT, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1  Submitted by:

2  Montgomery Scarp & Chait PLLC

3   s/ *Michael Chait*
Michael Chait, WSBA # 48842
4  1218 Third Ave., Suite 2500
Seattle, WA 98101
5  Tel. (206) 625-1801
Fax (206) 625-1807
6
mike@montgomeryscarp.com
7  *Counsel for Defendant*

8
GLP Attorneys, P.S., INC
9
*s/Sarah Fleming*
10  Sarah Fleming, WSBA #43304
2601 Fourth Avenue, Floor 6
11  Seattle, WA  98121
Tel. (206) 388-1375
12  Fax (206) 488-4640

13  sfleming@glpattorneys.com
*Counsel for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

ORDER EXTENDING DEADLINE FOR
EXPERT DISCLOSURES - 2
[2:20-cv-00757]

**MONTGOMERY SCARP & CHAIT, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807