HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| SUSAN CUSTER, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>CHANDLER SMITH and "JANE DOE" SMITH, husband and wife and the marital community composed thereof, BNSF RAILWAY COMPANY, a Delaware corporation licensed to do business in the State of Washington, and JOHN DOE BUSINESS ENTITIES I-V; jointly and severally,<br><br>            Defendants. | No. 2:20-cv-00757-MJP<br><br>**ORDER EXTENDING DEADLINES**<br><br>**Clerk's Action Required** |

The Court, having reviewed the parties' Joint Stipulated Motion to Extend Deadlines in this matter, and finding good cause therefore, hereby continues the following deadlines:

(1) Reports from expert witness under FRCP 26(a)(2) due April 15, 2021;

(2) All motions related to discovery filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)): April 19, 2021; and

(3) Discovery completed by May 17, 2021.

[ORDER] - 1
[2:20-cv-00757]

GLP ATTORNEYS, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
Telephone (206) 448-1992
Facsimile (206) 448-4640

IT IS SO ORDERED this 23rd day of February, 2021.

Marsha J. Pechman
United States District Judge

Submitted by:

GLP Attorneys, P.S., INC

*/s/Sarah Fleming*
Sarah Fleming, WSBA #43304
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Tel. (206) 388-1375
Fax (206) 488-4640
sfleming@glpattorneys.com
*Counsel for Plaintiff*

Montgomery Scarp & Chait PLLC

*/s/ Michael Chait*
Michael Chait, WSBA # 48842
1218 Third Ave., Suite 2500
Seattle, WA 98101
Tel. (206) 625-1801
Fax (206) 625-1807
mike@montgomeryscarp.com
*Counsel for Defendant*

[ORDER] - 2
[2:20-cv-00757]

**GLP ATTORNEYS, P.S., INC.**
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
Telephone (206) 448-1992
Facsimile (206) 448-4640

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. I am the assistant to an attorney with GLP Attorneys, P.S., Inc., whose address is 2601 Fourth Avenue, Floor 6, Seattle, Washington, 98121. I hereby certify that a true and complete copy of this **PROPOSED ORDER EXTENDING DEADLINES** has been filed with the United States District Court via the ECF system, which gives automatic notification to the following interested parties:

> Michael Chait
> Hayley Ventoza
> Montgomery Scarp & Chait, PLLC
> 1218 3rd Avenue, Suite 2500
> Seattle, WA 98101
> (206) 625-1801
> mike@montgomeryscarp.com
> hayley@montgomeryscarp.com
> laura@montgomeryscarp.com
> pam@montgomeryscarp.com
> Attorneys for Defendant

I declare under penalty under the laws of the United States of America and the State of Washington that the foregoing information is true and correct.

DATED this 19th day of February, 2021, at Seattle, Washington.

/s/ *Margaret Murphy*
Margaret Murphy, Paralegal

[ORDER] - 3
[2:20-cv-00757]

GLP ATTORNEYS, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, Washington 98121
Telephone (206) 448-1992
Facsimile (206) 448-4640