HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUSAN CUSTER, an individual, | No. 2:20-cv-00757-MJP |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | **Clerk's Action Required** |
| CHANDLER SMITH and "JANE DOE" SMITH, husband and wife and the marital community composed thereof, BNSF RAILWAY COMPANY, a Delaware corporation licensed to do business in the State of Washington, and JOHN DOE BUSINESS ENTITIES I-V; jointly and severally, | |
| Defendants. | |

The Court, having reviewed the parties' Joint Stipulated Motion to Extend Deadlines filed on April 13, 2021, in this matter, and finding good cause therefore, hereby continues the following deadlines:

(1) Reports from expert witness under FRCP 26(a)(2) due June 18, 2021;

(2) All motions related to discovery filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)): July 30, 2021; and

(3) Discovery completed by August 27, 2021.

- 1
[2:20-cv-00757]

MONTGOMERY SCARP & CHAIT, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

IT IS SO ORDERED this 15th day of April, 2021.

Marsha J. Pechman
United States District Judge

Submitted by:

GLP Attorneys, P.S., INC

*s/Sarah Fleming*
Sarah Fleming, WSBA #43304
2601 Fourth Avenue, Floor 6
Seattle, WA  98121
Tel. (206) 388-1375
Fax (206) 488-4640
sfleming@glpattorneys.com
*Counsel for Plaintiff*

Montgomery Scarp & Chait PLLC

 s/ *Michael Chait*
Michael Chait, WSBA # 48842
1218 Third Ave., Suite 2500
Seattle, WA 98101
Tel. (206) 625-1801
Fax (206) 625-1807
mike@montgomeryscarp.com
*Counsel for Defendant*

- 2
[2:20-cv-00757]

**MONTGOMERY SCARP & CHAIT, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807