HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUSAN CUSTER, an individual, | No. 2:20-cv-00757-MJP |
| Plaintiff, | **ORDER EXTENDING EXPERT REBUTTAL DEADLINE** |
| v. | |
| CHANDLER SMITH and "JANE DOE" SMITH, husband and wife and the marital community composed thereof, BNSF RAILWAY COMPANY, a Delaware corporation licensed to do business in the State of Washington, and JOHN DOE BUSINESS ENTITIES I-V; jointly and severally, | **Clerk's Action Required** |
| Defendants. | |

The Court, having reviewed the parties' Joint Stipulated Motion to Extend Expert Rebuttal Deadline, (Dkt. No. 28), filed on July 15, 2021, in this matter, and finding good cause therefore, hereby continues the following deadline:

    (1)    Rebuttal reports from expert witnesses under FRCP 26(a)(2)(C) due July 23, 2021.

//
//
//

[PROPOSED ORDER] - 1
[2:20-cv-00757]

MONTGOMERY SCARP & CHAIT, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

IT IS SO ORDERED this 19th day of July, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

Submitted by:

GLP Attorneys, P.S., INC

*s/Sarah Fleming*
Sarah Fleming, WSBA #43304
2601 Fourth Avenue, Floor 6
Seattle, WA  98121
Tel. (206) 388-1375
Fax (206) 488-4640
sfleming@glpattorneys.com
*Counsel for Plaintiff*

Montgomery Scarp & Chait PLLC

 *s/ Michael Chait*
Michael Chait, WSBA # 48842
1218 Third Ave., Suite 2500
Seattle, WA 98101
Tel. (206) 625-1801
Fax (206) 625-1807
mike@montgomeryscarp.com
*Counsel for Defendant*

[PROPOSED ORDER] - 2
[2:20-cv-00757]

**MONTGOMERY SCARP & CHAIT, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807